UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2007 MAR 29 P 3: 37

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

BERNARD BUGGS

Case No. 3:93-cr-243-J-20HTS

_____/

## SUPERVISED RELEASE REVOCATION
## and
## JUDGMENT AND COMMITMENT

On March 29, 2007, John J. Sciortino, Assistant United States Attorney, and the Defendant, BERNARD BUGGS, appeared in person and with his counsel, Lynn Palmer Bailey, for a hearing on the Amended Petition for Warrant or Summons for Offender Under Supervised Release, filed March 23, 2007.

The Defendant, having heretofore been convicted on March 29, 1994, in Case No. 93-243-Cr-J-20, of offense charged, to wit: Distribution of cocaine base, in violation of Title 21 U.S.C., Section 841(a)(1), as charged in Count Five of the Indictment; and was sentenced to be imprisoned for a term of 115 months; and was placed on supervised release for a term of five (5) years; and the Court entered an Order Modifying Sentence on April 13, 1995, reducing the term of imprisonment to 78 months;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Amended Petition for Warrant or Summons for Offender Under Supervised Release,

filed March 23, 2007, is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **twelve (12) months**. The Court recommends confinement at an institution as close as possible to Jacksonville, Florida.

3. Upon release from imprisonment, the Defendant shall be on supervised release for a term of **three (3) years**, under the standard conditions of supervision, and the following special condition:

    a. The defendant shall participate as directed in an in-patient or out-patient program approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Substance Abuse Treatment Services.

4. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. The Defendant is remanded to the custody of the U.S. Marshal to await designation of institution.

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of March, 2007.

                                      HARVEY E. SCHLESINGER
                                      United States District Judge

Copies to:
John J. Sciortino, Esq.
Lynn Palmer Bailey, Esq.
United States Marshal (4)
U. S. Bureau of Prisons
U. S. Probation Office